**GARCIA HERNÁNDEZ SAWHNEY, LLP**
Geoffrey T. Tong (SBN 140312)
    gtong@ghslaw.com
Alex C. Sears (SBN 232491)
    asears@ghslaw.com
330 N. Brand Blvd., Suite 680
Glendale, California 91203
Tel: (213) 347-0210
Fax: (213) 347-0216

*Attorneys for Defendant*
AAA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA ROSAS,<br><br>    Plaintiff,<br><br>v.<br><br>AAA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 8:25−cv−01555 JVS (ADSx)<br><br>**JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES**<br><br>Pretrial Conf.:  Aug. 31, 2026<br>Time:  11:00 a.m.<br>Courtroom:  10C<br>Judge:  Hon. James V. Selna<br><br>Complaint Filed:  Jul. 17, 2025<br>Trial Date:  Sep. 15, 2026 |

**JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES**

## STIPULATION OF THE PARTIES

Plaintiff China Rosas ("Plaintiff") and Defendant AAA Life Insurance Company ("Defendant"), by and through their respective counsel of record, hereby submit this Stipulation to Continue Pretrial Deadlines. The parties respectfully request that the Court, while keeping the current trial date and pretrial date as set, continue other case management and pretrial deadlines by approximately forty days. The parties stipulate and agree as follows:

1.     Plaintiff filed this action on July 17, 2025. Defendant answered the Complaint on September 10, 2025.

2.     On November 5, 2025, the Court entered its Order re Scheduling Dates. The current operative dates include a jury trial on September 15, 2026 at 8:30 a.m.; a final pretrial conference on August 31, 2026 at 11:00 a.m.; a non-expert discovery cutoff of June 5, 2026; an expert discovery cutoff of July 20, 2026; a law and motion cutoff of August 3, 2026 at 1:30 p.m.; a mediation deadline of June 1, 2026; and a deadline to file motions of July 6, 2026.

3.     On April 8, 2026, the Court granted the parties' prior stipulation continuing the deadline to complete settlement discussions to June 1, 2026 and adopting revised related dates, while leaving the September 15, 2026 trial date unchanged.

4.     Good cause exists for the requested continuance. Although the parties have engaged in written and document discovery, multiple material discovery items remain outstanding, including the Rule 30(b)(6) deposition of Defendant, the deposition of Plaintiff, and any expert work that may follow from that discovery.

5.     The parties have exchanged written and document discovery. Plaintiff served three sets of written discovery on December 10, 2025, April 8, 2026, and April 16, 2026, as well as five third-party subpoenas seeking financial and medical records relevant to Defendant's community-property and spousal-consent defenses. Plaintiff served verified responses to Defendant's First Sets of Interrogatories, Requests for Production, and Requests for Admission, together with a 251-page

1

document production, on April 21, 2026. Defendant served responses to Plaintiff's Second Sets of discovery on May 15, 2026, and responses to Plaintiff's Third Sets of discovery on May 22, 2026.

6. The Rule 30(b)(6) deposition of Defendant was first noticed by Plaintiff on March 11, 2026 for April 3, 2026. Defendant was unable to confirm its witness for that date. Plaintiff served an Amended Notice on April 16, 2026, setting the deposition for May 22, 2026. Defendant's counsel designated witness was unavailable in May due to market conduct examinations in two other states and identified June 5, 2026 as her first available date if conducted in Detroit. Based on that representation, and to accommodate the June 5, 2026 non-expert discovery cut-off, Plaintiff served a Second Amended Notice on May 15, 2026, setting the deposition for June 1, 2026 in Detroit, Michigan. On May 26, 2026, Defendant's counsel advised that lead counsel for Defendant was not available on June 1, 2026 and that Defendant would provide alternative dates. The deposition was subsequently re-noticed for June 17, 2026, upon Defendant's confirmation of availability, and is going forward on that date. The deposition is expected to address central factual issues related to Plaintiff's claims against Defendant.

7. Defendant intends to take the deposition of Plaintiff China Rosas and served a notice May 29 for a deposition on June 5, which was the then-current date for close of discovery; however, the Parties expect to select a mutually agreeable date later in June if this stipulation is granted.

8. The parties believe that completing this discovery before mediation and dispositive motion practice will materially assist the parties in evaluating settlement and preparing any motion practice. Without a continuance, the June 1 mediation deadline, June 5 non-expert discovery cutoff, and July/August expert and motion deadlines do not provide sufficient time to complete the outstanding depositions, expert evaluation, mediation, and any dispositive motion practice in an orderly manner.

**JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES**

9. The Parties have agreed to mediate before Adrienne Publicover of JAMS. Plaintiff identified Ms. Publicover as a proposed mediator on March 11, 2026. The Parties have not yet selected a mediation date because completion of Defendant's Rule 30(b)(6) deposition remains a predicate to productive mediation; however, given that the deposition will go forward on June 17, the Parties have secured updated availability dates from Ms. Publicover between now and the end of July, and expect to confirm a mediation date by June 19.

10. The requested continuance is made in good faith and not for purposes of delay. The requested continuance will promote the just, efficient, and orderly resolution of this action and will avoid prejudice to either side.

11. The Parties previously submitted a joint stipulation to continue the trial date and related pretrial dates on May 13, 2026. On May 15, 2026, the Court denied that request but expressly noted that "[t]he Court will consider adjusting any dates other than the trial and pretrial conference." (Dkt. 24.)

12. The parties submitted a stipulation and proposed order to further continue pretrial dates on May 27, 2026 (Dkt. 25), prior to the current discovery cutoff, but the Court has not acted upon that stipulation. The parties surmise that the court's inaction on the most recent stipulation was due to the proposed order not containing the full proposed revised pretrial schedule. Thus, the parties are submitting this stipulation with updated status of discovery and depositions and a proposed order containing the full proposed revised pretrial schedule.

13. Consistent with the Court's instruction, this Stipulation preserves the September 15, 2026 trial date and the August 31, 2026 Final Pretrial Conference, and seeks adjustment only of the related case management deadlines necessary to complete outstanding discovery and mediation.

14. Accordingly, the parties respectfully request that the Court maintain the current trial date of September 15, 2026 and the current pretrial conference date of August 31, 2026, while continuing the related case management deadlines as set forth on the next page.

3

## PROPOSED REVISED PRETRIAL SCHEDULE

| Event | Current Date | Proposed Date |
|---|---|---|
| Mediation / settlement completion deadline | June 1, 2026 | July 31, 2026 |
| Non-expert discovery cutoff | June 5, 2026 | July 8, 2026 |
| Opening expert disclosures | June 15, 2026 | July 15, 2026 |
| Rebuttal expert disclosures | July 13, 2026 | August 5, 2026 |
| Expert discovery cutoff | July 20, 2026 | August 14, 2026 |
| Deadline to meet and confer before motions | June 29, 2026 | July 14, 2026 |
| Deadline to file / serve motions | July 6, 2026 | July 20, 2026 |
| Deadline to file oppositions | July 13, 2026 | July 27, 2026 |
| Deadline to file replies | July 20, 2026 | August 3, 2026 |
| Law and motion cutoff / last hearing date | August 3, 2026 at 1:30 p.m. | August 17, 2026 at 1:30 p.m. |
| Motions in limine deadline | August 3, 2026 | *[no change]* |
| Pretrial filings / proposed pretrial order | August 24, 2026 | *[no change]* |
| Final Pretrial Conference | August 31, 2026 at 11:00 a.m. | *[no change]* |

**JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES**

| Event | Current Date | Proposed Date |
|---|---|---|
| Jury instructions / disputed instructions / verdict forms | September 8, 2026 | *[no change]* |
| Jury Trial | September 15, 2026 at 8:30 a.m. | *[no change]* |

**IT IS SO STIPULATED.**

Dated:  June 18, 2026          KANTOR & KANTOR, LLP


                              By:     /s/ Timothy J. Rozelle
                                      Glenn R. Kantor
                                      Timothy J. Rozelle
                                      Attorneys for Plaintiffs,
                                      China Rosas


Dated:  June 18, 2026          GARCIA HERNÁNDEZ SAWHNEY, LLP

                              By:     /s/  /Alex C. Sears
                                      Geoffrey T. Tong
                                      Alex C. Sears
                                      Attorneys for Defendant,
                                      AAA LIFE INSURANCE
                                      COMPANY

**JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES**