**GARCIA HERNÁNDEZ SAWHNEY, LLP**
Geoffrey T. Tong (SBN 140312)
   gtong@ghslaw.com
Alex C. Sears (SBN 232491)
   asears@ghslaw.com
330 N. Brand Blvd., Suite 680
Glendale, California 91203
Tel: (213) 347-0210
Fax: (213) 347-0216

*Attorneys for Defendant*
AAA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA ROSAS,<br><br>      Plaintiff,<br><br>v.<br><br>AAA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 8:25−cv−01555 JVS (ADSx)<br><br>**[PROPOSED] ORDER CONTINUING PRETRIAL DEADLINES**<br><br>Complaint Filed:  Jul. 17, 2025<br>Trial Date:        Sep. 15, 2026 |

**[PROPOSED] ORDER ON STIPULATION OF THE PARTIES**

# [PROPOSED ORDER]

Pursuant to the stipulation of the parties in this action (Dkt. ____), and good cause appearing, IT IS ORDERED as follows:

1.      The Court adopts the Proposed Revised Pretrial Schedule as set forth in the Parties' Stipulation filed June 16, 2026.

2.      The case management deadlines are modified as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Mediation / settlement completion deadline | June 1, 2026 | July 31, 2026 |
| Non-expert discovery cutoff | June 5, 2026 | July 8, 2026 |
| Opening expert disclosures | June 15, 2026 | July 15, 2026 |
| Rebuttal expert disclosures | July 13, 2026 | August 5, 2026 |
| Expert discovery cutoff | July 20, 2026 | August 14, 2026 |
| Deadline to meet and confer before motions | June 29, 2026 | July 14, 2026 |
| Deadline to file / serve motions | July 6, 2026 | July 20, 2026 |
| Deadline to file oppositions | July 13, 2026 | July 27, 2026 |
| Deadline to file replies | July 20, 2026 | August 3, 2026 |
| Law and motion cutoff / last hearing date | August 3, 2026 at 1:30 p.m. | August 17, 2026 at 1:30 p.m. |
| Motions in limine deadline | August 3, 2026 | *[no change]* |

[PROPOSED] ORDER ON STIPULATION OF THE PARTIES

| Pretrial filings / proposed pretrial order | August 24, 2026 | *[no change]* |
|---|---|---|
| Final Pretrial Conference | August 31, 2026 at 11:00 a.m. | *[no change]* |

Dated: _____, 2026

_____
Hon. James Selna
U.S. District Judge

**[PROPOSED] ORDER ON STIPULATION OF THE PARTIES**